IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Kristopher Snellings

Criminal Action No.

1:19-CR-243-MLB-CMS

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that by the authority of the undersigned, the Indictment, filed July 2, 2019, charging violations of 18 United States Code Sections 371, 922(a)(5), and 922(a)(6), is dismissed as to Kristopher Snellings as a result of Defendant's successful completion of pretrial diversion supervision, and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
  *Acting United States Attorney*

*Leanne Marek*
By:   Leanne M. Marek
  *Assistant United States Attorney*
  Georgia Bar No. 270935
  Leanne.marek@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

**Order**

Now, to-wit, on the _____ day of _____, 2021, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE